**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  5:06CR434** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RUTH LOVE, aka RUTH JACOBS,** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |

On November 21, 2006, United States Magistrate Judge George J. Limbert issued a Report and Recommendation (Dkt. #11) regarding the plea hearing and the plea agreement of Ruth Love, aka Ruth Jacobs, which was referred to the Magistrate Judge with the consent of the parties.

On October 11, 2006, the Government filed an indictment against Ruth Love (Dkt. #1).  On November 21, 2006, the Magistrate Judge held a hearing in which the Defendant entered a plea of guilty to Count 1, theft of public money in violation of 18 U.S.C. §§ 641 and 2, and Count 2, fraud against the Department of Housing and Urban Development in violation of 18 U.S.C. §§ 1010 and 2.  The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty (Dkt. #11).

\\yngcls\user$\ryanbm\06-434.Love.AdoptRR.wpd

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. §§ 641 and 2, and Count 2 in violation of 18 U.S.C. §§ 1010 and 2. The sentencing will be held on February 21, 2007 at 10 a.m.

**IT IS SO ORDERED.**

    **/s Peter C. Economus  December 4, 2006**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**